# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | James Randall Cain & Marilyn Matias-Cain |
| **Case Number:** | 2:10-bk-05200-GBN  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, AUGUST 26, 2010 01:30 PM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK, NATIONAL ASSOCIATION.

**R / M #:** 29 / 0

## Appearances:

JAMES F KAHN, ATTORNEY FOR JAMES RANDALL CAIN, MARILYN MATIAS-CAIN
LEONARD J. MCDONALD, ATTORNEY FOR U.S. BANK, NATIONAL ASSOCIATION

## Proceedings:

MR. MCDONALD REPORTS THAT HE DOES NOT BELIEVE THERE IS A DISPUTE OVER THE MISSED PAYMENTS. IT IS NOTED THAT NO TRUSTEE SALE HAS BEEN SET YET. STAY RELIEF IS SOUGHT.

MR. KAHN RESPONDS THAT LOAN MODIFICATION DOCUMENTS HAVE BEEN REQUESTED. A CONTINUANCE IS REQUESTED.

THE COURT RELATES THAT THE TRUSTEE FILED A REPORT OF NO DISTRIBUTION. THERE IS NOT LEGAL BASIS TO KEEP THE STAY IN PLACE.

MR. KAHN ASKS THAT THE ORDER STATE THAT NO SALE IS TO TAKE PLACE BEFORE NINETY DAYS.

THE COURT: SO ORDERED.